## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**26 CV 509**

**COSBY SIRINGI,**
      Plaintiff,

v.

**VS MEDIA, INC.,**
      Defendant.

Civil Action No. _____

United States Courts
Southern District of Texas
**F I L E D**

JAN 2 2 2026

Nathan Ochsner, Clerk of Court

# COMPLAINT AND JURY DEMAND

Plaintiff Cosby Siringi ("Plaintiff"), proceeding pro se, brings this action against Defendant VS Media, Inc. ("Defendant" or "VS Media"), and alleges as follows:

## I. INTRODUCTION

1. This action arises from Defendant's transmission, or causing the transmission, of unsolicited text messages to Plaintiff's cellular telephone using an automatic telephone dialing system and/or prerecorded or artificial content, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

2. Over a multi-year period, Defendant benefitted from and exercised control over traffic acquisition, routing, and monetization pathways that resulted in repeated unsolicited SMS messages delivered to Plaintiff without consent.

3. Plaintiff received these messages in the Southern District of Texas, including after Defendant was placed on notice of the violations.

4. Defendant's conduct was knowing, systematic, and commercially motivated, entitling Plaintiff to statutory damages, injunctive relief, and discovery necessary to identify all responsible parties and traffic sources.

## II. JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including the TCPA, 47 U.S.C. § 227.

6. This Court has personal jurisdiction over Defendant because Defendant purposefully directed marketing activity into Texas, including causing SMS messages to be transmitted to Plaintiff's Texas-based cellular telephone.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District, including the receipt of unlawful text messages by Plaintiff within the Southern District of Texas.

## III. PARTIES

8. Plaintiff Cosby Siringi is a resident of Texas and the subscriber and regular user of the cellular telephone number to which the unlawful text messages were sent.

9. Defendant VS Media, Inc. is a California corporation that owns, operates, and monetizes adult-entertainment platforms and affiliate marketing programs, including but not limited to Flirt4Free and related properties.

10. At all relevant times, Defendant acted directly or through agents, affiliates, contractors, and marketing partners acting within the scope of Defendant's authority and for Defendant's benefit.

## IV. FACTUAL ALLEGATIONS

### A. The Unsolicited Text Messages

11. Beginning no later than June 2021 and continuing through at least December 2023, Plaintiff received numerous unsolicited text messages promoting adult-entertainment services and related offers.

12. These messages were sent to Plaintiff's cellular telephone without prior express consent and without any established business relationship.

13. The messages were sent using automated technology, including systems capable of storing or producing telephone numbers using a random or sequential number generator.

14. Representative examples of these messages are attached as **Exhibit A**.

## B. Traffic Routing and Attribution

15. Upon interacting with the text messages, Plaintiff was routed through a series of redirects leading to websites and endpoints owned, operated by, or monetized for the benefit of Defendant.

16. Screenshots and redirect stills demonstrating this routing are attached as **Exhibit B**.

17. Plaintiff documented and tracked each violation, including dates, times, originating short codes or numbers, and destination URLs, as reflected in **Exhibit C**.

## C. Defendant's Control and Benefit

18. Defendant operates and controls an in-house affiliate and traffic acquisition framework through which third-party marketers are compensated for delivering traffic and conversions.

19. Defendant's platforms publicly advertise and administer revenue-share and CPA-based affiliate programs designed to drive user traffic.

20. The traffic reflected in Plaintiff's screen recordings and redirect pathways is consistent with Defendant's affiliate ecosystem and monetization structure.

21. Documentation reflecting Defendant's ownership, platform control, and affiliate framework is attached as **Exhibit D**.

## D. Notice and Continued Violations

22. Plaintiff provided Defendant with notice of the unlawful messages and supporting documentation, including written outreach to Defendant's legal contact as early as April 2022, to which Defendant failed to respond or take corrective action.

23. Despite this notice, Plaintiff continued to receive unsolicited messages routed to Defendant-controlled endpoints.

24. Defendant failed to take reasonable steps to prevent further violations.

# V. CLAIMS FOR RELIEF

## COUNT I

### Violation of 47 U.S.C. § 227(b)

(Unlawful Use of Automatic Telephone Dialing System)

25. Plaintiff incorporates the foregoing paragraphs by reference.

26. Defendant initiated or caused to be initiated calls and text messages to Plaintiff's cellular telephone using an automatic telephone dialing system and/or prerecorded or artificial content without prior express consent.

27. Each such transmission constitutes a separate violation of § 227(b).

28. Defendant's violations were knowing and willful.

29. Plaintiff is entitled to statutory damages of $500 per violation, trebled to $1,500 per violation for willful conduct.

## COUNT II

### Violation of 47 U.S.C. § 227(c)

(Failure to Comply with Opt-Out and Do-Not-Call Requirements)

30. Plaintiff incorporates the foregoing paragraphs by reference.

31. Defendant sent multiple unsolicited marketing messages without providing a valid opt-out mechanism.

32. Defendant failed to maintain policies and procedures required to prevent unlawful messaging.

33. Plaintiff is entitled to statutory damages and injunctive relief under § 227(c).

## VI. INJUNCTIVE RELIEF

34. Defendant's conduct is ongoing and presents a continuing risk of future harm.

35. Plaintiff seeks injunctive relief prohibiting Defendant from sending or causing to be sent unsolicited text messages in violation of the TCPA.

## VII. DAMAGES

36. Plaintiff seeks all statutory damages available under the TCPA.

37. Plaintiff seeks treble damages for willful and knowing violations.

38. Plaintiff seeks costs and any other relief the Court deems just and proper.

## VIII. JURY DEMAND

39. Plaintiff demands a trial by jury on all issues so triable.

## IX. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Enter judgment in Plaintiff's favor;

B. Award statutory and treble damages under 47 U.S.C. § 227;

C. Grant injunctive relief;

D. Award costs; and

E. Grant such other relief as the Court deems just and proper.

---

Respectfully submitted,

Cosby Siringi
Plaintiff, Pro Se
3011 HWY 30 W, Ste 101 #129
Huntsville, TX 77340
Email: claims@optoutalliance.com
936-662-8927

# Exhibit

# A



 1410200508 ›

Text Message · SMS
Mar 21, 2022 at 8:36 PM

1 of 2
FRM:ameliecq3thomasnqq@gmail.com
SUBJ:Whitney
MSG:This is Whitney. I saw you, I liked
you, I want to know you. About we meet
for lunch
(Con't) 2 of 2
and see what's up?
2cfbf.18andover.la¿a(End)

The sender is not in your contact list.



 1410200507 ›

Text Message · SMS
Mar 20, 2022 at 9:05 PM

FRM:tienmanhp110@gmail.com
SUBJ:Erica
MSG:I am Erica. I'm a very youthful
woman and I'm a eros lover, answer me
2ktdn.18andover.la¿a

The sender is not in your contact list.



 1410100012 ›

Text Message · SMS
Mar 23, 2022 at 11:34 AM

FRM:sofia26adamsfmoa11@gmail.com
SUBJ:Rebecca
MSG:As you can know already, Im
looking for adventures to do. I am
Rebecca. 34lvh.18andover.la¿a

The sender is not in your contact list.



 1410100013 ›

Text Message · SMS
Mar 23, 2022 at 7:53 PM

FRM:tranphan202213@gmail.com
SUBJ:Sabrina
MSG:My name is Sabrina. I feel good
about my looks! I am a confident woman
n feel sexy! 38567.18andover.la¿a

The sender is not in your contact list.



 1410200509 ›

Text Message · SMS
Mar 25, 2022 at 9:46 PM

1 of 2
FRM:dautraibaonamthang@gmail.com
SUBJ:Monica
MSG:I am looking for a guy for nothing
permanent. If u r confortable w/ being
just intimate
(Con't) 2 of 2
friends, contact me
3aka0.18andover.la¿a(End)

The sender is not in your contact list.
Report Junk



 1410100014 ›

Text Message · SMS
Mar 24, 2022 at 7:21 PM

1 of 2
FRM:nguyenkhanhquyen21598@gmail.-
com
SUBJ:Andrea
MSG:It is Andrea! I have a great plan to
do it, it is going to take your superior
know
(Con't) 2 of 2
how. Come over
3twfz.18andover.la¿a(End)

The sender is not in your contact list.




1410100015 >

Text Message • SMS
Mar 26, 2022 at 10:11 PM

1 of 2
FRM:black5272825@gmail.com
SUBJ:Elizabeth
MSG:Your hands on mine, a tangle of
love and romance. What r u waiting 4?
Im already yours. Cum
(Con't) 2 of 2
2me, ur Elizabeth
3jr8t.18andover.la¿a(End)

The sender is not in your contact list.
**Report Junk**




1410200511 >

Text Message • SMS
Mar 31, 2022 at 7:09 PM

FRM:zjamieshaw@gmail.com
SUBJ:Shannon
MSG:I will be ur cuddly kitten. Call me
Shannon. I only lick if you caress me
4w8o3.18andover.la¿a

The sender is not in your contact list.




1410100016 >

Text Message • SMS
Mar 27, 2022 at 9:47 PM

FRM:vuho39502@gmail.com
SUBJ:Catherine
MSG:

The sender is not in your contact list.
**Report Junk**




1410200511 >

Text Message • SMS
Mar 31, 2022 at 7:09 PM

FRM:zjamieshaw@gmail.com
SUBJ:Shannon
MSG:I will be ur cuddly kitten. Call me
Shannon. I only lick if you caress me
4w8o3.18andover.la¿a

The sender is not in your contact list.
**Report Junk**




1410100019 >

Text Message • SMS
Apr 1, 2022 at 9:08 PM

1 of 2
FRM:molly98wallacelalw50@gmail.com
SUBJ:Jordan
MSG:Im Jordan, Im always ready to go
out n have a great time, even today.
About we meet
(Con't) 2 of 2
for a drink? 4tcus.18andover.la¿a(End)



Text Message • SMS
Apr 2, 2022 at 9:27 PM

FRM:bissrcmiso@gmail.com
SUBJ:Alicia
MSG:Meeting u like that when I
needed it most. I would do anything
4 u 4og8x.18andover.la¿a

If you did not expect this message from an unknown sender, it may
spam.



Text Message • SMS
Apr 4, 2022 at 12:13 AM

FRM:harry53thomashmrm70@gmail.-
com
SUBJ:Alexis
MSG:I am the perfect date. I hope to
become your friend, you are my just
type 4gopq.18andover.la¿a

 

1410200513 ›

Text Message • SMS
Apr 5, 2022 at 1:55 AM

FRM:giaonguyen111398@gmail.com
SUBJ:Vanessa
MSG:I like having fun w/ u.
4cjhl.18andover.la¿a There are no
boundaries. Just our wildest fantasy.

The sender is not in your contact list.

 

digddag91@hotmail.com ›

Text Message • SMS
Apr 5, 2022 at 9:01 PM

✌ hushlove.us....〉

The sender is not in your contact list.
**Report Junk**

 

1410200514 ›

Text Message • SMS
Apr 5, 2022 at 9:33 PM

FRM:charboneaumichelle4@gmail.com
SUBJ:Kathryn
MSG:What's an instant turn-on 4 u?
Black lingerie or white T-shirt?
5071r.18andover.la¿a

The sender is not in your contact list.

 

1410200515 ›

Text Message • SMS
Apr 6, 2022 at 9:50 PM

FRM:voha207917@gmail.com
SUBJ:Elizabeth
MSG:Our date will be a celebration of
eros. The photo is me, text me
55x9p.18andover.la¿a

The sender is not in your contact list.

 

**1410200516 >**

Text Message · SMS
Apr 7, 2022 at 9:06 PM

FRM:huynhmyle93572@gmail.com
SUBJ:Sara
MSG:Even though I dont know u well. I am very curious to know what u think of me 5euc3.18andover.la¿a

The sender is not in your contact list.

 

**1410200517 >**

Text Message · SMS
Apr 9, 2022 at 8:38 PM

FRM:emtrinh85820@gmail.com
SUBJ:Mary
MSG:If u like a clean woman, here I'm, my friends say that I'm fun. Want 2 get 2 know one another?
5gw6c.18andover.la¿a

 

**20 People >**

Text Message · SMS
Apr 12, 2022 at 3:56 AM

tomassharif01@gmail.com



g48gman.cab/Awy23???///
SFSDGFDDHY

The sender and other recipients are not in your contact list.

**Report Junk**

 

**1410100021 >**

Text Message · SMS
Apr 8, 2022 at 7:55 PM

FRM:doanhoagiang12533@gmail.com
SUBJ:Christina
MSG:I am Christina. As I step out of our house I wanna run back & kiss u again
5of2o.18andover.la¿a

The sender is not in your contact list.

 

**1410200518 >**

Text Message · SMS
Apr 10, 2022 at 10:07 PM

FRM:chun9491caei@gmail.com
SUBJ:Sarah
MSG:Do you believe in love at first sight? I do since i've seen you. Do u trust me? 5zyje.18andover.la¿a

The sender is not in your contact list.

 

**1410100022 >**

Text Message · SMS
Apr 12, 2022 at 4:43 PM

1 of 2
FRM:michaberayygung@gmail.com
SUBJ:Amanda
MSG:Is it 2 late to say I am sorry? U r the 1! I realized I never want to let u go again! Come
(Con't) 2 of 2
back 63r2k.18andover.la¿a(End)

The sender is not in your contact list.



**20 People ›**

Text Message • SMS
Nov 2, 2021 at 10:53 PM

mdamirulislampabna1993@gmail.com Add

  http://jXjkINl52IaoHyjKKgy.gifts

The sender and other recipients are not in your contact list.

**Report Spam**





**20 People ›**

Text Message • SMS
Jan 29, 2022 at 7:23 PM

mahabuburrahman111989@gmail.com

  http://ulP8ge2ns83c445L32no4.navy

The sender and other recipients are not in your contact list.

**Report Junk**



**1410100008 ›**

Text Message • SMS
Feb 16, 2022 at 8:56 PM

FRM:honnhieulon@gmail.com
SUBJ:Sierra
MSG:No one makes me happy as u
do, u make me feel good. I am Sierra
52n4u.fbook.la¿¿



**1410200504 ›**

Text Message • SMS
Feb 17, 2022 at 6:24 PM

FRM:ngoduong559149@gmail.com
SUBJ:Elizabeth
MSG:I like being taken from behind.
Write to me to have a sensual party
5grxw.fbook.la¿¿



**1410100009 ›**

Text Message • SMS
Mar 17, 2022 at 5:40 PM

FRM:taquoctruong47978@gmail.-
com
SUBJ:Sierra
MSG:Im feeling super motivated right
now and Id like to do something! Are
you available? 2tjjr.18andover.la¿a



**1410100010 ›**

Text Message • SMS
Mar 18, 2022 at 11:38 AM

FRM:wilhelminareilly@gmail.com
SUBJ:Cassandra
MSG:Would it shame you if I called u
a pet name in front of ur bros?
2idw0.18andover.la¿a



**1410100011 ›**

Text Message • SMS
Mar 19, 2022 at 9:24 AM

FRM:tyler68andersontryo95@gmail.
com
SUBJ:Jennifer
MSG:As you can know already, Im
looking for adventures to do. I am
Jennifer. 2ahgg.18andover.la¿a



**1410200506 ›**

Text Message • SMS
Mar 19, 2022 at 8:50 PM

FRM:rasfsousa4016@gmail.com
SUBJ:Melissa
MSG:I am Melissa. I like you! Why
don't you call me? Or I could call you
if you want. Your number?
2dh1i.18andover.la¿a

**Exhibit B — Redirect Stills (18andover → myhornysingles → mylivestripclub)**







# Exhibit C

| Date | Time | Number | Link | Image | Note |
|---|---|---|---|---|---|
| 11/2/2021 | 10:53 PM | mdamirulislampa | jXjkINI52laoHyjKKgy.gifts | IMG_8146.PNG | group text |
| 11/16/2021 | 5:19 AM | shawnabgarganc | tecniga.us | IMG_8147.PNG | |
| 12/19/2021 | 11:35 PM | lorielmccomasci2 | apernus.us | IMG_8148.PNG | |
| 12/30/2021 | 10:16 AM | sarahpklopp@ou | owl.li/y68b30s5EJO | IMG_8149.PNG | |
| 1/29/2022 | 7:23 PM | mahabuburrahm | uIP8qe2ns83c445L32no4.navy | IMG_7828 | Group text |
| 2/4/2022 | 10:56 AM | 855-623-1574 | tryvigor.co/finish | IMG_8151 | |
| 2/16/2022 | 8:56 PM | 1410100008 | 52n4u.fbook.la | IMG_8189 | |
| 2/17/2022 | 6:24 PM | 1410200504 | 5qrxw.fbook.la | IMG_8188 | |
| 3/17/2022 | 5:40 PM | 1410100009 | 2tjjr.18andover.la | IMG_8127 | |
| 3/18/2022 | 11:38 AM | 1410100010 | 2idw0.18andover.la | IMG_8128 | |
| 3/19/2022 | 9:24 AM | 1410100011 | 2ahgq.18andover.la | IMG_8129 | |
| 3/19/2022 | 8:50 PM | 1410200506 | 2dh1i.18andover.la | IMG_8205 | |
| 3/20/2022 | 9:05 PM | 1410200507 | 2ktdn.18andover.la | IMG_7827 | |
| 3/21/2022 | 8:36 PM | 1410200508 | 2cfbf.18andover.la | **IMG_7826** | |
| 3/23/2022 | 7:53 PM | 1410100013 | 38567.18andover.la | **IMG_7824** | |
| 3/23/2022 | 11:34 AM | 1410100012 | 34lvh.18andover.la | **IMG_7825** | |
| 3/24/2022 | 7:21 PM | 1410100014 | 3twfz.18andover.la | **IMG_7823** | |
| 3/25/2022 | 9:46 PM | 1410200509 | 3aka0.18andover.la | **IMG_7822** | |
| 3/26/2022 | 10:11 PM | 1410100015 | 3jr8t.18andover.la | **IMG_7821** | |
| 3/27/2022 | 9:47 PM | 1410100016 | *(no link detected)* | **IMG_7820** | |
| 3/28/2022 | 7:56 PM | 1410100017 | 4029k.18andover.la | **IMG_7819** | |
| 3/29/2022 | 8:51 PM | 1410100018 | 44by6.18andover.la | **IMG_7818** | |
| 3/30/2022 | 8:58 PM | 1410200510 | 47fmg.18andover.la | **IMG_7817** | |
| 3/31/2022 | 7:09 PM | 1410200511 | 4w803.18andover.la | **IMG_7816** | |
| 4/1/2022 | 9:08 PM | 1410100019 | 4tcus.18andover.la | **IMG_7815** | |
| 4/2/2022 | 9:27 PM | 1410100020 | 4oq8x.18andover.la | IMG_8222 | |
| 4/4/2022 | 12:13 AM | 1410200512 | 4gopq.18andover.la | **IMG_7814** | |
| 4/5/2022 | 9:33 PM | 1410200514 | 5071r.18andover.la | IMG_7811 | |
| 4/5/2022 | 9:01 AM | digddag91@hotr | hushlove.us | **IMG_7812** | |
| 4/5/2022 | 1:55 AM | 1410200513 | 4cjhl.18andover.la | **IMG_7813** | |
| 4/6/2022 | 9:50 PM | 1410200515 | 55x9p.18andover.la | IMG_7810 | |
| 4/7/2022 | 9:06 PM | 1410200516 | 5euc3.18andover.la | IMG_7809 | |

| Date | Time | Number | Link | Image | Note |
|---|---|---|---|---|---|
| 4/8/2022 | 7:55 PM | 1410100021 | 5o0f2o.18andover.la | IMG_7808 | |
| 4/9/2022 | 8:38 PM | 1410200517 | 5gw6c.18andover.la | IMG_7807 | |
| 4/10/2022 | 10:07 PM | 1410200518 | 5zyje.18andover.la | IMG_7806 | |
| 4/12/2022 | 4:43 PM | 1410100022 | 63r2k.18andover.la | IMG_7804 | |
| 4/12/2022 | 3:56 AM | tomassharif01@g | g48gman.cab/Awy23???/l/SFSDC | IMG_7805 | Group text |
| 4/13/2022 | 2:16 PM | 1410200519 | 67gsc.18andover.la | IMG_7803 | |
| 5/10/2022 | 7:31 PM | 1410200521 | cp38.private-x.la | IMG_7802 | |
| 5/15/2022 | 8:38 PM | 1410100023 | 13ox2.ultrame.la | IMG_7801 | |
| 5/17/2022 | 7:49 PM | 1410200523 | 19jvk.private-x.la | IMG_7800 | |
| 6/2/2022 | 2:05 AM | ebrahimmiapass | dkrxwv10e.xn--q9jyb4c/lonad??? | IMG_7799 | Group text |
| 6/5/2022 | 2:35 AM | mdasifuzzamana | (hookup spam, no .la link) | IMG_7798 | Group text |
| 6/23/2022 | 8:26 PM | 1410100025 | fepw.tvideos.la | IMG_7796 | |
| 6/23/2022 | 8:45 AM | 1410100024 | dszx.ofans.la | IMG_7797 | |
| 6/24/2022 | 11:17 PM | 1410100026 | hepp.ofans.la | IMG_7795 | |
| 6/28/2022 | 10:28 AM | 1410200524 | bsuo.ofans.la | IMG_7794 | |
| 6/28/2022 | 8:40 PM | 1410100027 | mwyt.ytube.la | IMG_8223 | |
| 6/29/2022 | 9:06 PM | 1410200525 | 12b7b.tvideos.la | IMG_7793 | |
| 6/30/2022 | 7:29 PM | 1410200526 | 15bs6.ofans.la | IMG_7872 | |
| 7/1/2022 | 8:27 PM | 1410200527 | 19kuk.ofans.la | IMG_7873 | — |
| 7/1/2022 | 4:20 PM | anglengn130@g | xkairous2254ml.nichesite.org | IMG_7912 | Group text |
| 7/2/2022 | 8:19 PM | 1410100028 | 1rfx7.ytube.la | IMG_7874 | — |
| 7/3/2022 | 10:11 PM | 1410200528 | 1of07.tvideos.la | IMG_7875 | — |
| 7/6/2022 | 12:40 AM | djt3373@gmail.c | sz8hfa0a.xn--mk1bu44c/hTsRoH | IMG_7915 | Group text |
| 7/8/2022 | 9:44 PM | li3260152@gmai | forms.gle/kStKpgv6i3ZF537eA | IMG_7916 | Group text |
| 7/9/2022 | 10:31 AM | 1410200529 | 22rpt.ofans.la | IMG_7876 | — |
| 7/9/2022 | 9:03 PM | 1410100030 | 246x5.tvideos.la | IMG_7877 | — |
| 7/10/2022 | 11:16 PM | 1410200530 | 28d1t.ytube.la | IMG_7878 | — |
| 7/13/2022 | 12:23 AM | 1410100031 | 2yrrb.ytube.la | IMG_7879 | — |
| 7/21/2022 | 12:17 PM | 1410200532 | N/A | | |
| 8/4/2022 | 9:20 PM | 1410100032 | mqis.xvidos.la | IMG_7880 | — |
| 8/6/2022 | 5:53 AM | enterprisebismill | sz8hfa0a.xn--mk1bu44c/hTsRoH | IMG_7919 | Group text |

| Date | Time | Sender_Contact | Link | Screenshot_File | Notes |
|---|---|---|---|---|---|
| 8/6/2022 | 11:15 AM | 1410100033 | 156hx.rtu6e.la | IMG_7922 | |
| 8/8/2022 | 3:01 PM | fe09rdepree@ou | rossy.pic.pdf | IMG_7924 | |
| 8/8/2022 | 6:52 PM | 1410200533 | 1tdaa.xmeet.la | IMG_8153 | — |
| 8/9/2022 | 12:16 AM | kristiebautista697 | lindacady.cfd | IMG_7925 | group text |
| 8/10/2022 | 12:08 PM | 1410200534 | 1akf1.xmeet.la | IMG_7883 | |
| 8/11/2022 | 4:36 AM | amansura031@g | — | IMG_7926 | group text |
| 8/12/2022 | 12:22 PM | 1410100034 | 1le8g.xmeet.la | IMG_7884 | |
| 8/15/2022 | 12:29 AM | 1410100035 | 22791.xvidos.la | IMG_7885 | |
| 9/2/2022 | 2:36 PM | fanntrendell482@ | Pdf | | |
| 9/28/2022 | 2:57 PM | (216) 474-5694 | ujzEN.com/Xot39Oyh | IMG_7886 | |
| 11/8/2022 | 3:40 AM | mohammedfraan | N/A | | |
| 3/25/2023 | 12:27 PM | 1410100001 | 2p1vd.valisor.la | | |
| 12/10/2023 | 12:40 PM | 1410200500 | 2bol.izengard.la | | |

# Exhibit D - VS Media Correspondence

Subject: Corporate Contact Record & Domain Association

Prepared By: Cosby Siringi  |  Opt-Out Alliance – Director of Claims

Date Compiled: October 2025

## Overview

This exhibit documents claimant communications and corporate-connection evidence relating to VS Media, Inc., the verified operator behind MyLiveStripClub.com and associated adult-streaming properties.

It establishes:

1. That the claimant attempted to contact VS Media's legal department using its published compliance address (*legal@vsmedia.com*).

2. That VS Media's own website identifies the same contact, confirming the outreach was directed to the proper custodian.

3. That MyLiveStripClub.com is directly connected to VS Media's corporate infrastructure, appearing as one of the landing domains in the SMS redirect sequences documented in Exhibits A–C.

## Item A – Outgoing Email (Initial Contact Attempt)

Date: April 16 2022      From: csiringi@gmail.com      To: legal@vsmedia.com

"I am trying to reach someone about info from your company. I have not gotten any responses, who should I contact?
— Cosby Siringi"



**Purpose:** This correspondence demonstrates a good-faith attempt to reach VS Media's legal department through its official compliance address. No reply was received, confirming that the company had an opportunity to respond and failed to engage, establishing constructive notice.

## Item B – Corporate Custodian Record and Domain Linkage

Screenshots captured from MyLiveStripClub.com and vsmedia.com confirm that VS Media, Inc. operates or commercially benefits from MyLiveStripClub.com, a landing domain identified in the SMS redirect sequences.





Purpose: These captures link the redirect endpoints from Exhibits A–C to the corporate operator named in this demand, demonstrating that the marketing traffic in question directly benefits VS Media, Inc.

---

## Summary

The evidence in Items A-B confirms that VS Media, Inc.:

- Maintains a public compliance contact at *legal@vsmedia.com*;

- Received an outreach email in April 2022 but issued no response; and

- Controls or profits from the domain MyLiveStripClub.com, which appeared in the unsolicited SMS redirect chains.

The company's continued operation and commercial benefit following this contact attempt meet the criteria for willful and knowing conduct under 47 U.S.C. § 227(b)(3)

---

Certified By:

Cosby Siringi
Director of Claims - Opt-Out Alliance
**claims@optoutalliance.com**

**Attachments for this Exhibit**

1. Gmail screenshot – header view (showing "To: legal@vsmedia.com").

2. Gmail screenshot – email body ("who should I contact?").

3. MyLiveStripClub.com screenshot – VS Media reference.

4. VS Media.com screenshot – custodian or network reference page.