UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

COSBY SIRINGI,
    Plaintiff,

v.                                              Civil Action No.: 26-CV-509

VS MEDIA, INC.;
    Defendant.

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12

Pursuant to Rule 12 of the Federal Rules of Civil Procedure VS Media, Inc. moves the Court to dismiss this case on the following grounds:

1. The allegations of the plaintiff's Complaint are not sufficient to invoke the subject matter jurisdiction of the Court.

2. Defendant is not subject to personal jurisdiction in this Court in that the defendant does not have sufficient minimum contacts with this state and district.

3. Venue of this action is not proper as any conduct of the defendant occurred in a district other than this district and in a state other than Texas.

4. Service of process upon the defendant is insufficient in that process was not properly served under Rule 4 of the Federal Rules of Civil Procedure.

5. The allegations of the Complaint do not state a claim against the defendant upon which relief can be granted. Among other deficiencies, the Complaint fails to allege that the defendant violated any of the prohibitions in 47 USC §227(b)(1).

6. The plaintiff has failed to join the party who actually used an automatic telephone dialing system in violation of 47 USC §227.

7. The plaintiff has failed to join a party who violated the prohibitions contained in 47 USC §227(b)(1).

8. The plaintiff has failed to show that any conduct of the defendant (which conduct is not admitted) fails to fall within one of the exemptions of 47 USC § 227(b)(2)

DATED: February 17, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Andrew Pidgirsky*
Andrew Pidgirsky
TX State Bar No. 24013331
Michael Sydow
TX State Bar No. 19592000
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.659.6767
Fax: 713.759.6830
Andrew.Pidgirsky@lewisbrisbois.com
Michael.Sydow@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, the foregoing was filed via the Court's CM/ECF electronic system and served on all parties subscribing thereto.

                                                     */s/ Andrew Pidgirisky*
                                                      Andrew Pidgirsky