UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COSBY SIRINGI,<br>    **Plaintiff,**<br><br>v.<br><br>**VS MEDIA, INC.;**<br>    **Defendant.** | Civil Action No.: 26-CV-509 |

## MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, VS Media, Inc. ("VS Media") requests that the Court require the plaintiff to make a more definite statement of his claims in his Complaint and as grounds would show:

1. Plaintiff has filed suit alleging that VS Media violated 47 USC §227.

2. 47 USC §227 prohibits the use of an automatic telephone dialing system. The statute defines "automatic telephone dialing system" as equipment which has the capacity "to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers."

3. The plaintiff's complaint does not contain any allegation that the defendant has or has utilized any such device, nor does the plaintiff allege any facts that would justify more than a mere inference that the defendant has or has utilized any such device.

4. The plaintiff's complaint also alleges, alternatively, that VS Media has "caused" such a device to be used. However, 47 USC 227 prohibits the use of an automatic telephone dialing system to make any call to specifically described telephone numbers, but does not prohibit the use of such a device to any number not described in the statute. The plaintiff does not plead any facts that would lead to even a reasonable inference that VS Media used any automatic telephone dialing device to call an prohibited number enumerated in the statute.

5. Further, the statute exempts from any prohibition under the statute calls to a telephone number assigned to a cellular telephone service unless the call both utilizes an automatic dialing system AND the called party is actually charged for the call. Nothing in the complaint indicates or even justifies an inference that any calls the plaintiff may have received from the defendant are covered by the prohibitions of the statute and are not within the exemptions established by the statute.

6. VS Media therefore requests that the Court require the plaintiff to make a more definite statement concerning his cause of action, in the event that the Court denies VS Media's previously filed Motion to Dismiss.

DATED: February 19, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Andrew Pidgirsky*
Andrew Pidgirsky
TX State Bar No. 24013331
Michael Sydow
TX State Bar No. 19592000
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  713.659.6767
Fax:  713.759.6830
Andrew.Pidgirsky@lewisbrisbois.com
Michael.Sydow@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, the foregoing was filed via the Court's CM/ECF electronic system and served on all parties subscribing thereto.

*/s/ Andrew Pidgirisky*
Andrew Pidgirsky