United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **COSBY SIRINGI,** <br>     **Plaintiff,** <br><br> **v.** <br><br> **VS MEDIA, INC.;** <br>     **Defendant.** | <br><br><br> Civil Action No.: 26-CV-509 |

### ORDER ON VS MEDIA, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

On this day came on for consideration the Motion of VS Media, Inc. for an Extension of Time to Answer or Otherwise Plead in response to Plaintiff's complaint, and the Court having heard the positions of both Plaintiff and Defendant GRANTS the Motion. Now, therefore, it is

ORDERED that VS Media, Inc.'s time to answer or otherwise plead in response to Plaintiff's complaint is extended through March 18, 2026.

SIGNED and entered this 19th day of February 2026

_____
JUDGE PRESIDING

171667253.1