**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

COSBY SIRINGI
      Plaintiff

v.                                                                    Civil Action No.: 26 CV 509

VS MEDIA, INC.
      Defendant

## VS MEDIA, INC.'S ORIGINAL ANSWER

VS Media ("VSM") answers the allegations of the Plaintiff's Complaint, subject to its

Motion to Dismiss and Motion for More Definite statement, as follows:

1.      VSM denies the allegations of paragraph 1.

2.      VSM denies the allegations of paragraph 2.

3.      VSM denies the allegations of paragraph 3.

4.      VSM denies the allegations of paragraph 4.

5.      VSM denies the allegations of paragraph 5 except admits that the Court would have

jurisdiction if the plaintiff could properly state a claim against it under Federal law.

6.      VSM denies the allegations of paragraph 6.

7.      VSM denies the allegations of paragraph 7.

8.      VSM lacks information sufficient to admit or deny the allegations of paragraph 8,

which are therefore denied.

9.      VSM denies the allegations of paragraph 9.

10.     VSM denies the allegations of paragraph 10.

11.     VSM denies the allegations of paragraph 11 for lack of information sufficient to

form a belief but specifically denies that it engaged in the alleged conduct.

12. VSM denies the allegations of paragraph 12 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

13. VSM denies the allegations of paragraph 13 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

14. VSM denies the allegations of paragraph 14 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

15. VSM denies the allegations in paragraph 15.

16. VSM denies the allegations of paragraph 16 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

17. VSM denies the allegations in paragraph 17.

18. VSM denies the allegations in paragraph 18.

19. VSM denies the allegations in paragraph 19.

20. VSM denies the allegations of paragraph 20 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

21. VSM denies the allegations in paragraph 21.

22. VSM denies the allegations in paragraph 22.

23. VSM denies the allegations of paragraph 23 for lack of information sufficient to form a belief but specifically denies that it engaged in the alleged conduct.

24. VSM denies the allegations of paragraph 24.

25. VSM denies the allegations in paragraph 25.

26. VSM denies the allegations in paragraph 26.

27. VSM denies the allegations in paragraph 27.

28. VSM denies the allegations in paragraph 28.

29.     VSM denies the allegations in paragraph 29.

30.     VSM denies the allegations in paragraph 30.

31.     VSM denies the allegations in paragraph 31.

32.     VSM denies the allegations in paragraph 32.

33.     VSM denies the allegations in paragraph 33.

34.     VSM denies the allegations in paragraph 34.

35.     VSM denies that the plaintiff is entitled to the relief sought in paragraph 35.

36.     VSM denies that the plaintiff is entitled to the relief sought  in paragraph 36.

37.     VSM denies that the plaintiff is entitled to the relief sought in paragraph 37.

38.     VSM denies that the plaintiff is entitled to the relief sought in paragraph 38.

39.     VSM denies that the plaintiff is entitled to any of the relief prayed for against VSM.

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: March 20, 2026

*/s/ Michael Sydow*

Michael Sydow
TX State Bar No. 19592000
Andrew Pidgirsky
TX State Bar No. 24013331
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  713.659.6767
Fax:  713.759.6830
Michael.Sydow@lewisbrisbois.com
Andrew.Pidgirsky@lewisbrisbois.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, the foregoing was filed via the Court's CM/ECF electronic system and served on all parties subscribing thereto.

*/s/ Michael Sydow*
Michael Sydow