United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **COSBY SIRINGI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-00509** |
| | § | |
| **VS MEDIA INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Defendant VS Media Inc. filed a Motion to Dismiss on February 12, 2026. ECF No. 7. On February 10, Defendant filed a Motion for More Definite Statement. ECF No. 10. On February 27, Plaintiff filed his First Amended Complaint. ECF No. 15. Accordingly, the Motion to Dismiss and Motion for More Definite Statement are now moot. Plaintiff's amended complaint supersedes his prior complaint, which was the basis of the Motions. The amended pleading renders the prior pleading of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Therefore, the Motion to Dismiss (ECF No. 7) and Motion for More Definite Statement (ECF No. 10), are **DENIED AS MOOT**. The Court notes that Defendant is free to make whatever filings it deems appropriate in response to the amended complaint, as the Court makes no determination of law as to its sufficiency.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of March, 2026.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE