**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **COSBY SIRINGI,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 26 CV 509** |
| **VS MEDIA, INC.,** | |
| **Defendant.** | |

**VS MEDIA, INC.'S MOTION FOR SANCTIONS**
**AGAINST COSBY SIRINGI**

VS Media, Inc. requests that the Court impose sanctions against Cosby Siringi pursuant to Rule 37 of the Federal Rules of Civil Procedure and in support would show:

1.      On April 30, 2026 VS Media noticed the deposition of Siringi for a date and time agreed to by Siringi. The Notice of Deposition is attached as Ex. 1 to this motion. Siringi's correspondence agreeing to the date noticed is attached as Ex. 2.

2.      Siringi failed to appear at the deposition as agreed and as noticed. A copy of the Certificate of Non-Appearance is attached as Ex. 3. Instead, Siringi filed a Motion for Protection seeking leave of the Court to obtain "clarification" of VS Media's responses to his first Request for Production, even though all of the responses were correct and proper under the Federal Rules of Civil Procedure.

3.      Siringi has filed this suit against VS without any evidence that VS engaged in any conduct violating Telephone Consumer Protection Act, 47 U.S.C. §227.

DATED: May 19, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael Sydow*

Michael Sydow
TX State Bar No. 19592000
Andrew Pidgirsky
TX State Bar No. 24013331
Mercy Obisesan
TX State Bar No. 24146472
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  713.659.6767
Fax:  713.759.6830
Michael.Sydow@lewisbrisbois.com
Andrew.Pidgirsky@lewisbrisbois.com
Mercy.Obisesan@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, the foregoing was filed via the Court's CM/ECF electronic system and served on all parties subscribing thereto.

*/s/ Michael Sydow*
Michael Sydow