**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **COSBY SIRINGI,**<br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**VS MEDIA, INC.,**<br>　　　　　**Defendant.** | **Civil Action No.: 26 CV 509** |

**VS MEDIA, INC.'S NOTICE OF ORAL AND VIDEOTAPED**
**DEPOSITION OF COSBY SIRINGI**

TO:    Plaintiff, Cosby Siringi, 3001 Hwy 30 W., Suite 101 #129, Huntsville, TX  77340; claims@optoutalliance.com.

PLEASE TAKE NOTICE that Defendant VS Media, Inc. will take the deposition upon oral examination of Cosby Siringi who is the above named plaintiff and whose address is listed as 3011 Hwy 30 W, Suite 101 #129, Huntsville, Texas 77340.  The deposition will take place on May 8, 2026 at 10:30 a.m. Central Time at the offices of Lewis Brisbois Bisgaard & Smith, 24 Greenway, Suite 1400, Houston, Texas 77046. The deposition will be recorded stenographically and by video and will continue until completed.

The witness is directed to bring with him the following documents and things:

1. All documents that the witness may use to support his testimony or his claims or defenses in this case, including all documents containing any statement made or which Plaintiff contends was made by the defendant or any agent, servant, or employee of the defendant.

2. All documents reflecting any online activities of Plaintiff related to any alleged adult online content.

3. All pleadings in every case brought by Plaintiff against any defendant in the past 10 years.

4. All orders and judgments entered in any case brought by Plaintiff against any defendant in the past 10 years.

5. Copies of all settlement agreements and/or payments received by Plaintiff as a result of any litigation brought by Plaintiff within the past 10 years.

175761450.1                                                1

6. All documents which Plaintiff may use to show or support his claim for damages in this case.

7. All documents which Plaintiff contends show any damages for which he has sought or received any recovery in the past 10 years.

8. All documents which Plaintiff may contend refer to the defendant or any agent, servant, employee, associate of the defendant or organization affiliated in any way to the defendant.

DATED: April 30, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael Sydow*

Michael Sydow
TX State Bar No. 19592000
Andrew Pidgirsky
TX State Bar No. 24013331
Mercy Obisesan
TX State Bar No. 24146472
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  713.659.6767
Fax:  713.759.6830
Michael.Sydow@lewisbrisbois.com
Andrew.Pidgirsky@lewisbrisbois.com
Mercy.Obisesan@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, the foregoing was served on Plaintiff via First Class Mail and email.

*/s/ Michael Sydow*
Michael Sydow

175761450.1                              2