# EXHIBIT 2

## Sydow, Michael

| | |
|---|---|
| **From:** | Cosby Siringi <claims@optoutalliance.com> |
| **Sent:** | Friday, May 1, 2026 9:10 AM |
| **To:** | Pigg, Jann |
| **Cc:** | Sydow, Michael; Pidgirsky, Andrew; Obisesan, Mercy; Bridges, Audrey |
| **Subject:** | Re: NOD | C.A. 26-cv-509; Cosby Siringi v. VS Media / 58458.1 |

> EXTERNAL

Mr. Sydow,

I write regarding your April 30, 2026 Notice of Oral and Videotaped Deposition of Plaintiff set for May 8, 2026 at 10:30 a.m. Central Time.

I will not appear for deposition in person at your Houston office. I am available to proceed with the deposition by remote means (e.g., Zoom), and I am prepared to appear on the noticed date and time provided it is conducted remotely.

Given that the deposition is currently scheduled for one week from today, please confirm no later than Monday, May 4, 2026, that the deposition will proceed remotely. If I do not receive confirmation, I will seek appropriate relief from the Court.

I also object to the document requests contained in the deposition notice, including Requests 2–8, on the grounds that they are overly broad, unduly burdensome, seek information not relevant or proportional to the needs of this case, and in some instances seek private, confidential, or settlement-related materials. I reserve all rights under the Federal Rules of Civil Procedure and will not produce documents in response to these requests as currently framed.

With respect to your comments regarding documents, I have produced the materials in my possession and identified the basis for my claims. I am not withholding documents. VS Media's own systems and records remain directly relevant to how traffic reached its platform and how that traffic was attributed, tracked, or credited.

On Fri, May 1, 2026 at 8:37 AM Cosby Siringi <claims@optoutalliance.com> wrote:
> Mr. Sydow,
>
> I am available for deposition on the noticed date. However, I request that the deposition be conducted remotely via videoconference.
>
> Please confirm whether you are agreeable to proceeding remotely.
>
>
>
> On Thu, Apr 30, 2026 at 1:13 PM Pigg, Jann <Jann.Pigg@lewisbrisbois.com> wrote:
>
> > Sent on behalf of Attorney Michael Sydow.
> >
> > Regards,
> >
> > jann

1



## B. Jann Pigg

*Assisting Michael D. Sydow, Andrew Pidgirsky, Carlos Needham, Maya Bailey, and Mercy Obisesan*

jann.pigg@LewisBrisbois.com
T: 713.324.0078

24 Greenway Plaza, Suite 1400, Houston, Texas 77046 | LewisBrisbois.com
Representing clients from coast to coast. View our nationwide locations.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the

intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have

received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from

your computer and any of your electronic devices where the message is stored.

--
Respectfully,

**Cosby Siringi**
**Director of Claims - Opt-Out Alliance**
claims@optoutalliance.com
www.optoutalliance.com
3011 HWY 30 W, Ste 101 #129, Huntsville, TX 77340

**Confidential Notice:** This message and any attachments are confidential and intended solely for the designated recipient(s). Unauthorized review, use, or disclosure is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this message immediately.

--
Respectfully,

**Cosby Siringi**

2

**Director of Claims - Opt-Out Alliance**
claims@optoutalliance.com
www.optoutalliance.com
3011 HWY 30 W, Ste 101 #129, Huntsville, TX 77340


**Confidential Notice:** This message and any attachments are confidential and intended solely for the designated recipient(s). Unauthorized review, use, or disclosure is strictly prohibited. If you are not the intended recipient, please notify the sender and delete this message immediately.