# EXHIBIT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

COSBY SIRINGI,                          )
                                        )
    Plaintiff,                          )
                                        ) Civil Action
VS.                                     )
                                        ) No.: 26-CV-509
                                        )
VS MEDIA, INC.,                         )
                                        )
    Defendant.                          )


CERTIFICATE OF NON-APPEARANCE

COSBY SIRINGI

MAY 8, 2026


    I, Joe Sziriski, a Certified Shorthand Reporter in and for Harris County, Texas, certify:

    That I appeared at the Law Offices of LEWIS BRISBOIS BISGAARD & SMITH, LLP, 24 Greenway Plaza, Suite 1400, Houston, Texas 77046, on May 8, 2026, to report the deposition of COSBY SIRINGI pursuant to Notice and Subpoena, scheduled for 10:30 a.m.;

    That by 11:04 a.m., COSBY SIRINGI had not appeared for his deposition.

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

The following counsel appeared for the oral deposition:

FOR THE DEFENDANT, VS. MEDIA, INC.:

    Michael Sydow

    LEWIS BRISBOIS BISGAARD & SMITH, LLP

    24 Greenway Plaza

    Suite 1400

    Houston, Texas 77046

    Telephone: 713-659-6767

    Michael.Sydow@lewisbrisbois.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

COSBY SIRINGI,                        )
                                      )
     Plaintiff,                       )
                                      ) Civil Action
VS.                                   )
                                      ) No.: 26-CV-509
                                      )
VS MEDIA, INC.,                       )
                                      )
     Defendant.                       )

REPORTER'S CERTIFICATE

CERTIFICATE OF NON-APPEARANCE

MAY 8, 2026

     I, Joe Sziriski, a certified shorthand reporter in and for Harris County, Texas, hereby certify, pursuant to the Rules, the following:
     That the statements contained in the Certificate of Non-Appearance for the Oral Deposition of COSBY SIRINGI are true and correct;
     That $_____ is the taxable cost for the preparation of the completed Certificate of Non-Appearance and any copies of attachments, charged to Defendant;

That the original of the Certificate of Non-Appearance transcript was delivered to Michael Sydow.

GIVEN UNDER MY HAND AND SEAL of office

on_____, 2026.

_____
Joe Sziriski, CSR
Certification #6212
Expiration Date: 1-31-27

WORLDWIDE COURT REPORTERS, INC.
Firm Registration #223
12621 Featherwood Drive, Suite 290
Houston, Texas 77034
Phone: 713-572-2000          Fax: 713-572-2009

**A**

a.m 1:23,24
Action 1:6 3:6
appeared 1:19
    1:25 2:1
attachments
    3:24

**B**

BISGAARD
    1:20 2:5
BRISBOIS 1:20
    2:5

**C**

Certificate 1:12
    3:11,12,19,23
    4:1
Certification
    4:13
certified 1:17
    3:16
certify 1:18 3:17
charged 3:25
Civil 1:6 3:6
completed 3:23
contained 3:19
copies 3:24
correct 3:21
COSBY 1:4,13
    1:22,24 3:4,20
cost 3:22
counsel 2:1
County 1:18
    3:17
COURT 1:1 3:1
    4:16
CSR 4:12

**D**

Date 4:13
Defendant 1:9
    2:4 3:9,25
delivered 4:2
deposition 1:22
    1:25 2:2 3:20
DISTRICT 1:1

1:2 3:1,2
DIVISION 1:3
    3:3
Drive 4:17

**E**

Expiration 4:13

**F**

Fax 4:18
Featherwood
    4:17
Firm 4:17
following 2:1
    3:18

**G**

GIVEN 4:5
Greenway 1:20
    2:6

**H**

HAND 4:5
Harris 1:18 3:17
Houston 1:3,21
    2:7 3:3 4:18

**I**

**J**

Joe 1:17 3:16
    4:12

**K**

**L**

Law 1:19
LEWIS 1:19 2:5
LLP 1:20 2:5

**M**

MEDIA 1:8 2:4
    3:8
Michael 2:5 4:2
Michael.Sydo...
    2:8

**N**

Non-Appeara...
    1:12 3:12,20
    3:24 4:2
Notice 1:23

**O**

office 4:5
Offices 1:19
oral 2:1 3:20
original 4:1

**P**

Phone 4:18
Plaintiff 1:5 3:5
Plaza 1:20 2:6
preparation
    3:23
pursuant 1:22
    3:18

**Q**

**R**

Registration
    4:17
report 1:22
reporter 1:17
    3:16
REPORTER'S
    3:11
REPORTERS
    4:16
Rules 3:18

**S**

scheduled 1:23
SEAL 4:5
shorthand 1:17
    3:16
SIRINGI 1:4,13
    1:22,24 3:4,21
SMITH 1:20 2:5
SOUTHERN
    1:2 3:2
statements 3:19
STATES 1:1 3:1
Subpoena 1:23
Suite 1:21 2:6

4:17
Sydow 2:5 4:3
Sziriski 1:17
    3:16 4:12

**T**

taxable 3:22
Telephone 2:7
Texas 1:2,18,21
    2:7 3:2,17 4:18
transcript 4:2
true 3:21

**U**

UNITED 1:1 3:1

**V**

VS 1:6,8 2:4 3:6
    3:8

**W**

WORLDWIDE
    4:16

**X**

**Y**

**Z**

**0**

**1**

1-31-27 4:13
10:30 1:23
11:04 1:24
12621 4:17
1400 1:21 2:6

**2**

2026 1:14,21
    3:13 4:8
223 4:17
24 1:20 2:6
26-CV-509 1:7
    3:7
290 4:17

**3**

**4**

**5**

**6**

6212 4:13

**7**

713-572-2000
    4:18
713-572-2009
    4:18
713-659-6767
    2:7
77034 4:18
77046 1:21 2:7

**8**

8 1:14,21 3:13