United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **COSBY SIRINGI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-00509** |
| | § | |
| **VS MEDIA INC,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

The Initial Conference in this case has been reset for May 27, 2026 at 3:00 p.m. See ECF No. 44 (Notice of Setting). In addition to scheduling, parties should come ready to address the outstanding discovery motions.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 22, 2026.

_____
Keith P. Ellison
United States District Judge