United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| COSBY SIRINGI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-0509 |
| | § | |
| VS MEDIA, INC. | § | |

**ORDER GRANTING MOTION TO QUASH SUBPOENA**

THIS CAUSE came before the Court upon ICF Technologies, Inc. and Accretive Technology Group Inc.'s ("ICF and ATG")  motion for entry of an Order to quash the subpoena served by Plaintiff Cosby Siringi.  ECF No. 33. Having considered the motion and response, if any, and the Court GRANTS the Motion. Plaintiff may seek discovery against ICF Technologies and Accretive Technology Group in the separate case filed against these Defendants.

**DONE AND ORDERED**.

Dated:  5/27/2026

By: _____

**Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE**